IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**ALMA DENISE WILSON, ET AL.**                                     **PLAINTIFFS**

**VS.**                                **CIVIL ACTION NO. 3:16-CV-271-DMB-JMV**

**THE SERVICE COMPANIES, ET AL.**                                **DEFENDANTS**

___

**ORDER**
___

The Court brings this order *sua sponte* following a [44] telephonic status conference regarding the scheduling of Fed. R. Civ. P. 30(b)(6) deposition(s). The Court is satisfied that numerous efforts have been made to have Defendants voluntarily comply with the requirement that Defendants identify deponent(s) responsive to 30(b)(6) notice and provide available dates for deposition(s) to be completed.

THE COURT HERBY ORDERS: The Defendants will by 12:00 noon October 26, 2017, identify to plaintiff's counsel 30(b)(6) deponent(s) and dates wherein the deponent(s) will be available for the 30(b)(6) deposition(s). **If any Defendant fails to provide the information as ordered prior to the aforesaid date and time, that party, together with their counsel, shall appear in person on October 27, 2017 at 10am before the undersigned for a hearing to determine the deponent(s) and date(s) that the 30(b)(6) deposition(s) will be taken and to consider the amount of monetary sanctions and/or other relief that will be accessed against such Defendant(s) as a consequence.**

SO ORDERED, this 18th day of October, 2017.

                                           /s/ Jane M. Virden
                                           **UNITED STATES MAGISTRATE JUDGE**